JOSEPH ABATE, Appellant, v. QUEEN INSURANCE COMPANY OF AMERICA, Respondent. JOSEPH ABATE, Appellant, v. FIREMEN'S FUND INSURANCE COMPANY OF SAN FRANCISCO, CALIFORNIA, Respondent.— Judgment and order affirmed, with

costs. All concur. (The judgment is for defendant in an action to recover damages caused by fire. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.